# ARMED SERVICES BOARD OF CPONTRACT APPEALS

Appeal of -- )
)
ProLogic Incorporated ) ASBCA No. 60301
)
Under Contract Nos. FA8725-04-C-0006 )
       F19628-03-C-0011 )
       DAAE30-03-C-1093 )
       F19628-03-C-0134 )
       FA8750-04-C-0109 )
       FA8725-04-C-0003 )
       FA8727-04-C-0004 )
       FA8726-05-C-0003 )
       FA8726-05-C-0006 )
       FA8726-06-C-0005 )
       FA8726-06-C-0007 )
       FA8726-06-C-0008 )
       FA8726-06-C-0010 )
       W15QKN-06-0105 )
       W15P7T-06-C-P642 )
       W15P7T-06-C-P644 )
       NNG-05-C-B08C )

APPEARANCE FOR THE APPELLANT:     Keith L. Baker, Esq.
    Baker, Cronogue, Tolle & Werfel, LLP
    McLean, VA

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
    DCMA Chief Trial Attorney
    Kara M. Klass, Esq.
    Trial Attorney
    Defense Contract Management Agency
    Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 26 May 2016

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60301, Appeal of ProLogic Incorporated, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals